IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Braboy-Walters, Cynthia D | Case Number:  07 B 22634 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/8/08 | Filed:  12/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Citi Residential Lending | Secured | 0.00 | 0.00 |
| 2. | Mint Julip Condo | Secured | 6,275.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 6,805.00 | 0.00 |
| 4. | Citi Residential Lending | Secured | 19,659.00 | 0.00 |
| 5. | Internal Revenue Service | Priority | 12,468.02 | 0.00 |
| 6. | Mint Julip Condo | Unsecured | 1,082.14 | 0.00 |
| 7. | T Mobile USA | Unsecured | 280.61 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 12,826.40 | 0.00 |
| 9. | Recovery Management Systems Corp. | Unsecured | 751.75 | 0.00 |
| 10. | Real Time Resolutions | Secured | | No Claim Filed |
| 11. | Orchard Bank | Unsecured | | No Claim Filed |
| 12. | AT&T | Unsecured | | No Claim Filed |
| 13. | Secretary Of State | Unsecured | | No Claim Filed |
| | | | $ 60,147.92 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Braboy-Walters, Cynthia D

Printed:  4/8/08

Case Number:  07 B 22634
Judge:  Hollis, Pamela S
Filed:  12/3/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

